

# Fourth Court of Appeals
## San Antonio, Texas

May 22, 2015

No. 04-15-00035-CV

**ARK DIMENSION 4, INC.** and Robert Pospisil,
Appellants

v.

Michelle **GRIFFITH**, Personal Representative of the Estate of Dell O. Amy, deceased,
Appellee

From the 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 12575A
Honorable N. Keith Williams, Judge Presiding

## O R D E R

On May 14, 2015, the parties filed a "Joint Motion to Abate Appeal" stating they have reached a tentative settlement, and requesting that this appeal be abated to permit the parties to finalize the terms of the settlement agreement. The motion is GRANTED. It is therefore ORDERED that this appeal is ABATED for a period of thirty (30) days to permit the parties to finalize their settlement agreement. TEX. R. APP. P. 42.1(a)(2)(C). All appellate deadlines are suspended *for thirty (30) days* from the date of this order. Upon the expiration of thirty days, the appellants must file a motion to dismiss the appeal due to settlement, or if the settlement is not finalized, either a motion to extend the abatement or a motion to reinstate the appeal. TEX. R. APP. P. 42.1(a).

Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of May, 2015.

Keith E. Hottle
Clerk of Court